# Court of Appeals
# of the State of Georgia

ATLANTA, November 25, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0163. FASIK ZELEKE et al. v. THE CITY OF TUCKER, GEORGIA.

After the Community Development Department of the City of Tucker ("City") denied Fasik Zeleke and his businesses ("Petitioners") a permit to operate Coin Operated Amusement Machines (COAM), Petitioners filed a petition for review to the superior court. The superior court affirmed the denial of the COAM permit on September 25, 2025, and the Petitioners filed this application on Tuesday, October 28, 2025. The City has filed a motion to dismiss the application. We agree that we lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35(d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35(d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The Petitioners have filed their application 33 days after the trial court's order.

Accordingly, this application is untimely. The City's motion to dismiss is GRANTED and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/25/2025*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*